IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BAKARR BANGURA,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ELWYN, INC.,** | : | No. 13-1418 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 29th day of January, 2014, upon consideration of defendant's motion to dismiss plaintiff's complaint (Doc. No. 4), it is hereby **ORDERED** that that the motion is **GRANTED** and the plaintiff's complaint is dismissed with prejudice.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.